UNIVERSAL MANUFACTURERS ALLIANCE, INC. *v.* UNITED STATES

**No. 7429.**—Invoice dated London, England, May 1943.
    Certified May 1943.
    Entered at New York, N Y., July 1, 1943.
    Entry No. 732216.

(Decided November 3, 1947)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiff.

*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was the entered value.

Judgment will be rendered accordingly.